**Raj K. Patel**
Name

**6850 E. 21st Street**
Address

**Indianapolis, IN 46219**
City, State, Zip

**3174506651**
Phone

**rajp2010@gmail.com**
Email

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
02 AUG 2023 11:11 am ls
Lucy H.Carrillo, Clerk of Court
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **TE TE Raj K. Patel** <br> Plaintiff/Petitioner <br><br> v. <br><br> **United States** <br> Defendant/Respondent | **APPLICATION FOR PERMISSION TO PARTICIPATE IN ELECTRONIC FILING (E-FILE) (PRO SE NON-PRISONER)** <br><br> **1:23-cv-00318-DKW-KJM** <br> Case Number |

I am the [ ] Plaintiff/Petitioner [ ] Defendant/Respondent in the above-captioned matter, I respectfully ask the court for permission to participate in electronic filing (e-filing) in this case. I hereby affirm that:

1. I have reviewed the Notice Regarding Electronic Filing of Court Documents using CM/ECF (E-FILE).
2. I understand that once I register for e-filing, I will only receive notices and documents in this case by e-mail, not by U.S. Mail, unless I cancel e-mail receipt of documents and notices, in writing.
3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked. I will be required to file documents in paper but, I will continue to receive notices and documents by e-mail.
4. I understand that I may not e-file on behalf of any other person or, in any other case, without court approval.
5. I have registered for an individual PACER- Case Search Only account.
6. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

- **X** Access to a computer with internet access.
- **X** A personal e-mail account, to receive notices of electronic filing (NEF's).
- **X** A word-processing program to create documents.
- **X** A scanner or PDF reader to convert word documents into PDF format and.
- o  Access to a printer or copier to provide (2) required mandatory chambers copies in paper.

**Raj K. Patel**
Print Name

**/s/ Raj K. Patel**
Signature

**8/1/2023**
Date

HID Form 14 (3/21) **Application For Permission To Participate In Electronic Filing (E-FILE)- Pro Se Non-Prisoner**